CHARLES FELDMAN, Respondent, *v.* THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT CO., Appellant.

Argued January 16, 1941; decided February 27, 1941.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Louis S. Carpenter* of counsel), for appellant.

*Jacquin Frank* and *Benjamin Glickman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and LEWIS, J.